UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | | |
|---|---|---|
| JAMES ADAMS, #823706, | ) | |
|     Plaintiff, | ) | |
| | ) | No. 2:20-cv-98 |
| v. | ) | |
| | ) | Honorable Paul L. Maloney |
| DALE HARJU, | ) | |
|     Defendant. | ) | |
| | ) | |

## JUDGMENT

This Court has resolved all pending claims in this lawsuit. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date: September 23, 2022             /s/ Paul L. Maloney
                                                       Paul L. Maloney
                                                       United States District Judge